IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

VIRGIL GREEN, SR.                                                          PLAINTIFF

v.                          No. 2:18-cv-111-DPM

JESSE VESCON HOLLOWELL, JR., Individually
and in his Official Capacity as Mayor of the City
of Helena-West Helena; CITY OF
HELENA-WEST HELENA; WANDA CROCKETT;
EVER J. FORD; JOE ST. COLUMBIA, SR.;
CHRISTOPHER FRANKLIN; JOHN HUFF, JR.;
LARRY J. BROWN; MONICA DAVIS;
ADRIAN MESSINA; DON ETHERLY;
and VIVIAN HOLDER, Each in their Official
Capacity as Aldermen for the City of
Helena-West Helena                                                         DEFENDANTS

## JUDGMENT

Green's complaint is dismissed with prejudice.

*[signature: WPMarshall Jr.]*
D.P. Marshall Jr.
United States District Judge

15 June 2020